**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02103-TPO

LEAGUE OF WOMEN VOTERS OF COLORADO, et al.,

Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

Defendant.

---

**STIPULATION OF EXTENSION OF TIME**

---

Under District of Colorado Local Rule 6.1, the Plaintiffs, League of Women Voters Colorado, Angela Stevens, and June Waller, and the Defendant, Jena Griswold in her official capacity as Colorado Secretary of State, stipulate to an extension of time for Defendant to respond to the Complaint, Dkt. 1.

1. Defendant's deadline to respond to the Complaint is June 9, 2026.

2. Under the Local Civil Rules, the parties may agree to one extension of time not to exceed 21 days to respond to a pleading or amended pleading. D.C.COLO.LCivR 6.1.

3. The parties have not previously stipulated to an extension of time in this matter.

4. Accordingly, under Local Civil Rule 6.1, the parties stipulate to a 21-day extension of time for Defendant to respond to Plaintiff's Complaint, Dkt. 1, or until June 30, 2026.

Respectfully submitted this 5th day of June, 2026.

PHILIP J. WEISER
Attorney General

s/ Cara Lawson
Michael Dockterman
Cara Lawson
**McDermott Will & Schulte LLP**
444 West Lake Street
Chicago, IL 60606-0029
Tel: (312) 372-2000
Fax: (312) 984-7700
mdockterman@mcdermottlaw.com
clawson@mcdermottlaw.com

Bryan L. Sells
**The Law Office of Bryan L. Sells, LLC**
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

*Attorneys for Plaintiffs*

s/ Lane Towery
***Lane Towery***
Assistant Attorney General
Public Officials Unit | State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone: 720.508.6000
Email: lane.towery@coag.gov

*Attorney for Defendant Jena Griswold*