**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF COLORADO, ANGELA STEVENS, and JUNE WALLER,<br><br>*Plaintiffs,*<br><br>v.<br><br>JENA GRISWOLD, in her official capacity as Colorado Secretary of State,<br><br>*Defendant.* | Case No. 1:26-cv-02103-CNS |

**<u>JOINT MOTION TO VACATE SCHEDULING CONFERENCE</u>**

Plaintiffs League of Women Voters of Colorado ("LWVCO"), Angela Stevens, and June Waller, (collectively, "Plaintiffs") and Defendant Jena Griwsold ("Defendant"), by and through their attorneys, hereby move to vacate the Fed. R. Civ. P. 16(b) Scheduling Conference scheduled on October 21, 2026, at 3:30 p.m. in Courtroom C-402 of the Byron G. Rogers United States Courthouse. In support of this Motion, the Parties state as follows:

1. Plaintiffs' filed their Complaint on May 15, 2026. ECF No. 1.

2. Plaintiffs bring facial constitutional challenges to Colorado House Bill 25-1315 ("HB 25-1315"). *Id*. Among other relief, Plaintiffs request that the Court (1) enter a declaratory judgment that HB 25-1315 is unconstitutional under the U.S. and Colorado Constitutions, and (2) enjoin Defendant from enforcement of HB 25-1315. *Id.* at 24-25.

3. Defendant answered Plaintiffs' Complaint on June 30, 2026. ECF No. 9.

4. On July 20, 2026, Magistrate Judge O'Hara entered a Minute Order indicating that the Court would hold a Fed. R. Civ. P. 16(b) Scheduling Conference in-person on October 21, 2026, at 3:30 p.m. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. ECF No. 10. The Order provided that "[s]hould the Parties agree that a Scheduling Conference is not necessary, they may file a Motion requesting that the proceeding be vacated or converted to a Status Conference." *Id.*

5. The Parties conferred and agree that a Scheduling Conference is not necessary.

6. Specifically, Plaintiff LWVCO intends to imminently file a separate Complaint bringing facial constitutional challenges to Colorado House Bill 25-1319 ("HB 25-1319"), a similar law to HB 25-1315.[1] LWVCO intends to file that action as a related case to this action under Local Rule 3.2.

7. The Parties conferred regarding the anticipated schedule for this action and the related action. The Parties agree that both matters should proceed to summary judgment without the need for a discovery schedule.

8. Once the related case is filed, the Parties intend to file a motion requesting a proposed briefing schedule for their respective summary judgment briefs.

9. Accordingly, to preserve the Court's time and resources, the Parties respectfully request that the Court vacate the Fed. R. Civ. P. 16(b) Scheduling Conference.

10. Pursuant to Civ. Practice Standard 7.1A(a)(1), a proposed order will be emailed to chambers.

WHEREFORE, the Parties respectfully request that the Court enter an Order vacating the Fed. R. Civ. P. 16(b) Scheduling Conference scheduled for **October 21, 2026**, at **3:30 p.m.**

[1] HB 25-1315 applies to election of state representatives and HB 25-1319 applies to election of County Commissioners.

October 14, 2026

Respectfully submitted,

/s/ Cara Lawson
Michael Dockterman
Cara Lawson
**McDermott Will & Schulte LLP**
444 W Lake Street
Chicago, IL 60606
Tel: (312) 372-2000
Fax: (312) 984-7700
mdockterman@mcdermottlaw.com
clawson@mcdermottlaw.com

Bryan L. Sells
**The Law Office of Bryan L. Sells**
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

*Attorneys for the Plaintiffs*

PHILIP J. WEISER
Attorney General

/s/ Lane Towery
***Lane Towery***
Assistant Attorney General
Public Officials Unit | State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6000
lane.towery@coag.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I electronically filed the foregoing with the Clerk of Court via CM/ECF, which served notice to all counsel of record.

/s/ Cara Lawson
Cara Lawson