IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02103-CNS-TPO

LEAGUE OF WOMEN VOTERS;
ANGELA STEVENS; and
JUNE WALKER,

Plaintiffs,

v.

JENA GRISWOLD,
In her official capacity as Colorado Secretary of State,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 16, 2026.**

Before this Court is the Parties' Joint Motion to Vacate Scheduling Conference. ECF 15. The Parties report that there is no need for a discovery schedule or a Scheduling Conference. Rather, they intend to proceed to summary judgment motions.

The Motion [ECF 15] is **granted**. The Scheduling Conference on October 21, 2026 is **VACATED**. No Scheduling Order will be entered in this case.

The Parties shall jointly email District Judge Sweeney's Chambers (Sweeney_Chambers@cod.uscourts.gov) to inform the Court of their intent to file summary judgment motions. The Parties shall comply with District Judge Sweeney's Standing Order Regarding Federal Rule of Civil Procedure 56 Motions.

In addition, the Parties shall jointly email District Judge Sweeney's Chambers to obtain a Final Pretrial Conference date. The Parties shall refer to § III(A) of District Judge Sweeney's Standing Order Regarding Pretrial and Trial Procedures (Civil Cases) for the procedure for submitting their proposed Final Pretrial Order.

The Parties shall email District Judge Sweeney's Chambers by **October 20, 2026**.